UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

GAY & SOBER MEÑ, INC.,

        Plaintiff,

- Against -

JEREMIAH JOHNSTON,

        Defendants.
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/20

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE**

Docket:    20-cv-01621-JSR

**PLEASE TAKE NOTICE** the undersigned attorney for Plaintiff does hereby withdraw the Complaint filed in this action without prejudice.

Dated: New York, New York
March 5, 2020

By: _____
Thomas D. Shanahan
Thomas D. Shanahan
535 Fifth Avenue, 25th Floor
New York, New York 10017
Phone (212) 867-1100, x11

SO ORDERED

_____
USDJ
3-16-20